NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

WILLIAM B. GROSECLOSE,
*Petitioner,*

v.

DEPARTMENT OF THE NAVY,
*Respondent.*

---

2011-3078

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221080524-B-1 and SF1221080635-B-1.

---

## ON MOTION

---

## ORDER

The Department of the Navy moves for a 19-day extension of time, until August 9, 2011, to file its formal response brief. William B. Groseclose opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: William B. Groseclose
    Joshua A. Mandlebaum, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 1 2011

**JAN HORBALY**
**CLERK**